IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAM HOPE,

                                                                                ORDER

                    Plaintiff,

                                                            08-cv-140-bbc

    v.

DANE COUNTY,
SAUK COUNTY,
Deb Westerwelle, in her individual
capacity, and One or More John
Does or Jane Does, in their
Individual Capacities,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on April 10, 2008, I gave defendants until April 15, 2008 to advise the court whether they were opposing remand of this case to the Circuit Court for Dane County. It is now April 23, 2008, and defendants have not responded.

      Accordingly, IT IS ORDERED that plaintiff's motion to remand this case to the

1

Circuit Court for Dane County is GRANTED. The clerk of court is directed to transmit the file to the Circuit Court for Dane County as soon as possible.

Entered this 23d day of April, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge